IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00817-OES

ROBERT E. STALLINGS,

    Plaintiff,

v.

MARK, Aramark,
DAVID, Aramark,
FRAN LEPAGE, Sheriff['s] Dept.,
LT. DELUCA, Sheriff['s] Dept., and
MANUEL WEISS, Jewish Coordinator,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Robert E. Stallings, who currently is incarcerated at the Criminal Justice Center in Colorado Springs, Colorado, has submitted to the Court *pro se* a Prisoner Complaint. Mr. Stallings has been granted leave to proceed pursuant to the federal *in forma pauperis* statute, 28 U.S.C. § 1915 (Supp. 2005) without an initial partial filing fee.

The Court must construe the complaint liberally because Mr. Stallings is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Stallings will be ordered to file an amended complaint.

The Court has reviewed the complaint and finds that it is deficient because it fails

to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. A complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(a). "[T]he only permissible pleading is a short and plain statement of the claim showing that the pleader is entitled to relief on any legally sustainable grounds." *Blazer v. Black*, 196 F.2d 139, 144 (10th Cir. 1952). The requirements of Rule 8(a) guarantee "that defendants enjoy fair notice of what the claims against them are and the grounds upon which they rest." *TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992).

The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Stallings failed to make clear the jurisdictional basis for his claims. *See* Fed. R. Civ. P. 8(a)(1). He failed to state the relief he seeks. Fed. R. Civ. P. 8(a)(3). He also fails to set forth a short and plain statement of his claims showing that he is entitled to relief. *See* Fed. R. Civ. P. 8(a)(2). Rather than summarizing each claim clearly and succinctly, Mr. Stallings makes vague allegations concerning Defendants refusal to provide him with a Kosher vegan vegetarian diet. He complains that instead

2

Defendants are providing him with a non-Kosher vegan vegetarian diet.

Mr. Stallings apparently expects the Court to sift through his allegations and attachments to determine his claims. That is not the Court's job. It is Mr. Stallings' responsibility to edit and organize his claims and supporting allegations into a manageable format. Neither Defendants nor the Court is required to do this work for him.

Mr. Stallings's complaint is deficient and subject to dismissal. Although the complaint must be construed liberally, the Court should not assume the role of advocate for the *pro se* litigant. See *Hall*, 935 F.2d at 1110. A complaint must specify, simply and concisely, the specific claims for relief the plaintiff is asserting.

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. See *Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The Court finds that the complaint does not meet the requirements of Fed. R. Civ. P. 8(a) and that Mr. Stallings should be given an opportunity to file an amended complaint that clarifies the claims for relief he is asserting. The amended complaint must stand on its own and not refer to or incorporate by reference the original complaint. Each claim must be supported with specific factual allegations that demonstrate how the particular Defendant or Defendants violated Mr. Stallings' rights. He will be directed to submit an amended complaint below. Accordingly, it is

ORDERED that Mr. Stallings file **within thirty (30) days from the date of this order**, an original and a copy of an amended complaint that complies with the pleading

requirements of Rule 8 of the Federal Rules of Civil Procedure.  It is

FURTHER ORDERED that the amended complaint shall be titled "Amended Prisoner Complaint" and shall be filed with the clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294.  It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Stallings, together with a copy of this order, two copies of the following form to be used intact to submit the amended complaint:  Prisoner Complaint.  It is

FURTHER ORDERED that Mr. Stallings submit sufficient copies of the amended complaint to serve each named Defendant.  It is

FURTHER ORDERED that, if Mr. Stallings fails to file, **within thirty (30) days from the date of this order**, an original and sufficient copies of an amended complaint that complies with this order to the Court's satisfaction, the complaint and the action will be dismissed without further notice.  It is

FURTHER ORDERED that the following motions are denied:  motion for protective order filed on June 6, 2005; motion for depositions and discovery filed on June 15, 2005; motion to feed prisoners filed on June 28, 2005.  It is

FURTHER ORDERED that the motion for appointment of counsel filed on July 7, 2005, is denied as premature.

DATED at Denver, Colorado, this 11 day of July, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00817-OES

Robert E. Stallings
Reg. No. 0501002894/A0223731
El Paso County Det. Facility
2739 E. Las Vegas
Colorado Springs, CO 80903

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 7/11/05

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk