IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-817-OES

ROBERT E. STALLINGS,

    Plaintiff,

v.

MARK ARAMARK,
DAVID ARAMARK,
FRAN LEPAGE, Sheriff [sic] Dept.,
LT. DELUCA, Sheriff [sic] Dept., and
MANUEL WEISS, Jewish Coordinator,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Plaintiff's motion to amend complaint filed on July 27, 2005, is DENIED. This action was dismissed without prejudice on July 26, 2005, in an order filed on July 27, 2005. If Plaintiff wishes to pursue his claims, he may do so by initiating a new action.

Dated: July 28, 2005

Copies of this Minute Order mailed on July 28, 2005, to the following:

Robert E. Stallings
Prisoner No. 0501002894/A0223731
Criminal Justice Center
2739 E. Las Vegas Street
Colorado Springs, CO 80903

                                              Secretary/Deputy Clerk